```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                   :
   MARLON GRIJALVA MORAN,                          :
                           Petitioner,             :
                                                   :        20 Civ. 7493 (LGS)
                  -against-                        :
                                                   :        ORDER
   THOMAS DECKER, ET AL.,                          :
                           Respondents,            :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Petitioner filed a petition for writ of mandamus and complaint for declaratory and injunctive relief on September 12, 2020, and the matter was assigned to me on September 14, 2020.  It is hereby

**ORDERED** that Petitioner shall take all steps necessary to effect proper service, or to notify Respondents of the action and request waiver of service.  It is further

**ORDERED** that the parties shall meet and confer and file a joint status letter proposing a briefing schedule to address the matters raised in the petition by **September 25, 2020**.  It is further

**ORDERED** that Petitioner shall serve this Order on Respondents through electronic service as soon as possible, and no later than **September 22, 2020**.

Dated:    September 18, 2020
          New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE